UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE # 3:18-cv-340-J-39JBT

JAMES FISHER
—VS—
STATE OF FLORIDA
C/O STATE ATTORNEY'S
OFFICE, MELISSA NELSON
AND ALL STATE PROSECUTORS
AND COUNTY COURT JUDGE
KELLY ECKLEY

## Complaint

1

PLAINTIFF JAMES FISHER A RESIDENT OF DUVAL COUNTY JACKSONVILLE FLORIDA RECEIVES MAIL AT P.O. BOX 1942 JACKSONVILLE, FLA 32201 AND IS SUBJECT TO JURISDICTION AND VENUE OF THIS HONORABLE COURT

2

DEFENDANTS A STATE AGENCY IS LOCATED AT 311 WEST MONROE STREET JACKSONVILLE FLA 32202 AND IS SUBJECT TO VENUE AND JURISDICTION OF THIS HONORABLE COURT

3

COMES NOW PLAINTIFF AND STATES THIS THEIR COMPLAINT AS FOLLOWS TO WIT:

THIS COURT IS EMPOWERED TO TRY THIS CASE AS IT IS A CIVIL RIGHTS VIOLATIONS

-2-

ON FEB 10, 2018 my son, [name redacted] Jr. who is mentally challenged was attacked and assaulted by Jacksonville Sheriffs officers and JSO invoked a civilian to help attack him — as a parent I made it clear to the civilian if he put his hands on my child I would break his arms. Any good parent would protect their child. Now the State (Defendant) wants to prosecute me for being a good parent — to date there is a pending case on the 3 officers and the Sargent for agg assault w/intent to do bodily harm —

This is a direct violation of my 8th amendment rights for cruel and unusual punishment

Second Defendant is allowing said prosecution

-3-

The Relief Plaintiff is asking from this court is

1) A trial by jury
2) An order stopping the defendant from any further action in attempting to prosecute Plaintiff
3) One million dollars for undue stress caused by defendants
4) A warrant issued for the arrest of Melissa Nelson State Attorney and all other state attorneys that try to prosecute Plaintiff

-4-

STATEMENT OF ACTION TO SHOW CAUSE

PLAINTIFF IS ENTITLED TO RELIEF ON THE FOLLOWING GROUNDS

1) DEFENDANTS WAIVED THEIR RIGHT TO IMMUNITY BY KNOWINGLY AND WILLINGLY WITH MALICOUS INTENT DID VIOLATE PLAINTIFF'S CIVIL RIGHTS

2) IN THE INTEREST OF JUSTICE DEFENDANTS MUST BE STOPPED

WHEREFORE PLAINTIFF PRAYS THIS HONORABLE COURT TO GRANT RELIEF

S. Tyler, Pro Se
P.O. Box 1942
JAY, FLA 32201
904-303-2867
3-9-18